September 9, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

## EX PARTE ALEX PEREZ

NO. 14-13-01048-CR

————————————————————

     This cause was heard on the transcript of the record of the court below. The record indicates that the appeal should be **DISMISSED**. The Court orders the appeal **DISMISSED** in accordance with its opinion and that this decision be certified below for observance.